IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 07-mj-01120-MEH

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    JOSE CARRION-ARANGURE,

    Defendant.

---

**ORDER SETTING STATUS CONFERENCE**

---

    A review of the record in this case reveals that this matter has been closed but not resolved. Accordingly, a status conference is hereby set in this case for Wednesday, **June 18, 2008, at 10:00 a.m.** in Courtroom 203 on the second floor of the Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado. If this date is not convenient, counsel shall contact the Criminal Division of the Clerk of the Court to reschedule the status conference.

    Please remember that anyone seeking entry into the Byron G. Rogers United States Courthouse will be required to show a valid photo identification. *See* D.C.Colo.L.Civ.R 83.2B.

    Dated at Denver, Colorado, this 13th day of June, 2008.

    BY THE COURT:

    s/ Michael E. Hegarty
    Michael E. Hegarty
    United States Magistrate Judge